

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Julio Perez, Jr., Appellant

No. 06-14-00065-CV        v.

Texas Department of Criminal Justice, et al., Appellees

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 13C1819-005). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Carter*, participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Julio Perez, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 20, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk